UNITED STATES DISTRICT COURT

ASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIELLE BERNHOLT,<br>    Plaintiff,<br>v.<br>FENSTER-MARTENS HOLDING COMPANY<br>d/b/a ENTERPRISE MEDICAL RECRUITING<br>and/or ENTERPRISE MEDICAL SERVICES,<br>and<br>NEAL FENSTER,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:17-CV-00013-SNLJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate that the claims asserted by Plaintiff be dismissed, with prejudice, each party to bear his or her own costs.

Respectfully submitted,

**RIGGAN LAW FIRM, LLC**

/s/  *Russell C. Riggan*
Russell C. Riggan, #53060 MO
Samuel W. Moore, #58526 MO
132 West Washington Ave., Suite 100
St. Louis, Missouri 63122
Phone:  (314) 835-9100
Fax:  (314) 735-1054
russ@rigganlawfirm.com
smoore@rigganlawfirm.com

*Attorneys for Plaintiff*

SO ORDERED this 21st day of September, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1

**McMAHON BERGER, P.C.**

/s/  *Brian C. Hey* (with consent)
James N. Foster, Jr. ARN #28231MO
Brian C. Hey ARN #53930MO
2730 N. Ballas Rd., Suite 200
St. Louis, MO 63131
(314) 567-7350
(314) 567-5968 (facsimile)
foster@mcmahonberger.com
hey@mcmahonberger.com

***Attorney for Defendants***

2